| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Putnam, Terry M. | 2. Court or Organization<br><br>United States District Court, Northern Alabama | 3. Date of Report<br><br>04/27/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>Hugo L. Black U.S. Courthouse<br>1729 Fifth Avenue, North, Room 307<br>Birmingham, AL 35203 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Law Professor | Cumberland School of Law, Samford University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 04/27/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Cumberland School of Law, Samford University -- teaching | $12,150.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Self-Employed Art Teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 04/27/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Univerity of Alabama National Alumni Assocaition | Alumni Scholarship ▨ | $500.00 |
| 2. | University of Alabama | Presidential Scholarship ▨ | $11,000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Department of Education | Student Loans ▨ | M |
| 2. | American Express Company | American Express Centurion SkyMiles credit card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Commercial Bank (all accounts) | A | Interest | J | T | | | | | |
| 2. IRA #1 | | | | | | | | | |
| 3. ---Columbia Funds Series XI Dividend Income (mutual fund) | A | Dividend | K | T | Sold (part) | 5/7/2014 | J | D | |
| 4. | | | | | Sold (part) | 09/09/14 | J | D | |
| 5. | | | | | Sold (part) | 12/02/14 | J | D | |
| 6. ---Wells Fargo Bank, NA (cash in account) | A | Int./Div. | J | T | | | | | |
| 7. ---Columbia Funds Trust II Mass-Large Value Quant. (mutual fund) | C | Dividend | K | T | Sold (part) | 05/07/14 | J | D | |
| 8. ---Columbia Funds Cap Alloc Mod Aggres Port Class A (mutual fund) | A | Dividend | J | T | | | | | |
| 9. Northwestern Mutual Life Insurance Co. (universal life policies) | C | Dividend | L | T | | | | | |
| 10. IRA #2 | | | | | | | | | |
| 11. ---Charles Schwab & Co (cash in account) | A | Int./Div. | J | T | | | | | |
| 12. ---American Software, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 13. ---Apple, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 14. ---Johnson & Johnson, Inc. (common stock) (X) | A | Dividend | J | T | | | | | |
| 15. IRA #3 | | | | | | | | | |
| 16. ---Schwab Target 2040 Fund (mutual fund) | A | Dividend | J | T | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 04/27/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V, Lines 1 and 2 --- I have reported two scholarships ▮▮▮▮▮ received upon entering the University of Alabama, although I do not believe they are "gifts" within the meaning of the financial disclosure requirements. Once again, I am required to report something entirely out of an abundance of caution. The Presidential Scholarship has nothing to do with me, but was based entirely on ▮▮▮▮▮ academic record. The Alumni Scholarship relates to me only in the most indirect sense that only ▮▮▮▮ of Univerity of Alabama alumni are eligible for it, and I am an alumnus of the University.

Part VI, Line 1 --- Out of an abundance of caution, I have reported as a Liability my adult ▮▮▮ student loans from law school, even though I am not legally responsible for them, because I am helping him make payments until he gets established.

Part VII, Lines 3, 4, 5, and 7 --- I sold part of my shares in these mutual funds in my IRA to pay ▮▮▮▮▮ educational expenses, but I still own some remaining shares in each.

Part VII, Line 14 --- This common stock in IRA # 2 held by Charles Schwab & Company, Inc., was not previously reported, but during 2014, its value increased above the $1,000.00 minimum reporting limit.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Terry M. Putnam**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544